OPINION — AG — ** MUNICIPAL COURT — JUDGES — ELECTION ** (1) THE STATUTE (11 O.S. 831 [11-831], 11 O.S. 858 [11-858]) IS CONSTITUTIONAL. (2) SAID CITY COURT OF NORMAN, IS NOT IN EXISTENCE, AND THAT IT MAY BE MADE OPERATIVE BY THE APPOINTMENT OF A JUDGE, CLERK AND MARSHALL. (** NOTE: REPEALED IN 1968 **) CITE: 5 O.S. 1 [5-1], 11 O.S. 831 [11-831], 11 O.S. 838 [11-838] (JAMES P. GARRETT)